BLESSO PLUMBING AND HEATING COMPANY, INC. *v.* RENREW, INC.

The defendant's "Motion for Judgment" in the appeal from the Court of Common Pleas in Hartford County is dismissed.

No appearance by counsel for either party.

Decided March 6, 1973

THE 1844 WHITNEY CORPORATION *v.* BRANFORD PLANNING AND ZONING COMMISSION

The plaintiff's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Vincent J. Bruno,* in support of the petition.

*Frank J. Dumark,* in opposition.

Submitted February 16—decided March 6, 1973

WENTWORTH PHILLIPS *v.* MANUEL SIEGEL

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Richard P. Weinstein,* in support of the petition.

*Thaddeus Maliszewski,* in opposition.

Submitted February 20—decided March 6, 1973